1 | BENJAMIN B. WAGNER
United States Attorney
2 | STANLEY A. BOONE
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America


FILED
APR 20 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00110 AWI DLB |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT AND WARRANT OF ARREST |
| v. | |
| TONYA ANN COLLINS, | |
| Defendant. | |

The indictment and warrants of arrest in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that they no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrant of arrest be unsealed and made public record.

DATED: 4/20/12

_____
United States Magistrate Judge