BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TONYA ANN COLLINS,<br><br>            Defendant. | Case No.: 1: 12-cr-0110 AWI/DLB<br><br>STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER RE: SAME |

    WHEREAS, the discovery in this case is voluminous and contains a large amount of private personal information regarding third parties and victims (both adults and minors), including but not limited to their names, dates of birth, medical records, Social Security numbers, telephone numbers, and residential addresses ("Protected Information"); and

    WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

Stipulation Between the United States and Defendant Regarding Production of Protected Information; Protective Order Re: Same

-1-

1    The parties agree that entry of a stipulated protective
2 order is appropriate.
3    THEREFORE, defendant TONYA ANN COLLINS, by and through her
4 counsel of record ("Defense Counsel"), and the United States of
5 America, by and through Assistant United States Attorney Stanley
6 A. Boone, hereby agree and stipulate as follows:
7    1.   This Court may enter a protective order pursuant to
8 Rule 16(d) of the Federal Rules of Criminal Procedure, and its
9 general supervisory authority.
10   2.   This Order pertains to all discovery provided to or
11 made available to Defense Counsel as part of discovery in this
12 case (hereafter, collectively known as "the discovery").
13   3.   By signing this Stipulation and Protective Order,
14 Defense Counsel agrees not to share any documents that contain
15 Protected Information with anyone other than Defense Counsel
16 attorneys, designated defense investigators, and support staff.
17 Defense Counsel may permit the defendant to view unredacted
18 documents in the presence of her attorneys, defense
19 investigators, and support staff.  The parties agree that Defense
20 Counsel, defense investigators, and support staff shall not allow
21 the defendant to copy Protected Information contained in the
22 discovery.  The parties agree that Defense Counsel, defense
23 investigators, and support staff may provide the Defendant with
24 copies of documents from which Protected Information has been
25 redacted.
26   4.   The discovery and information therein may be used only
27 in connection with the litigation of this case and for no other
28 purpose.  The discovery is now and will forever remain the

Stipulation Between the United States and Defendant Regarding Production of Protected
Information; Protective Order Re: Same

-2-

1  property of the United States of America ("Government").  Defense
2  Counsel will return the discovery to the Government or certify
3  that it has been shredded at the conclusion of the case.
4       5.   Defense Counsel will store the discovery in a secure
5  place and will use reasonable care to ensure that it is not
6  disclosed to third persons in violation of this agreement.
7       6.   Defense Counsel shall be responsible for advising the
8  Defendant, employees, and other members of the defense team, and
9  defense witnesses of the contents of this Stipulation and Order.
10      7.   In the event that Defendant substitutes counsel,
11 undersigned Defense Counsel agrees to withhold discovery from new
12 counsel unless and until substituted counsel agrees also to be
13 bound by this Order.
14      IT IS SO STIPULATED.

                                   BENJAMIN B. WAGNER
                                   United States Attorney

DATED: April 26, 2012          By: /s/ Stanley A. Boone
                                   STANLEY A. BOONE
                                   Assistant U.S. Attorney


DATED: April 26, 2012          By: /s/ Peggy Sasso
                                   JEREMY S. KROGER
                                   PEGGY SASSO
                                   Attorney for Defendant
                                   TONYA ANN COLLINS

IT IS SO ORDERED.

Dated:    April 27, 2012       _____
                               CHIEF UNITED STATES DISTRICT JUDGE

---

Stipulation Between the United States and Defendant Regarding Production of Protected
Information; Protective Order Re: Same