1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | PEGGY SASSO, Bar #228906
Assistant Federal Defender
3 | JEREMY KROGER, Bar #258956
Assistant Federal Defender
4 | Designated Counsel for Service
2300 Tulare Street, Suite 330
5 | Fresno, California  93721-2226
Telephone: (559) 487-5561
6 |
7 | Attorney for Defendant
TONYA ANN COLLINS
8 |
9 |                    IN THE UNITED STATES DISTRICT COURT
10 |               FOR THE EASTERN DISTRICT OF CALIFORNIA
11 | UNITED STATES OF AMERICA,              )   NO. 1:12-cr-0110 AWI
                                           )
12 |                  *Plaintiff,*            )   WAIVER OF DEFENDANT'S PERSONAL
                                           )   PRESENCE; ORDER THEREON
13 |            v.                          )
                                           )
14 | TONYA  ANN COLLINS,                   )
                                           )
15 |                  *Defendant.*           )
                                           )
16 | ─────────────────────────────         )
17 |
18 |        Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Tonya Ann Collins, having been advised of her
19 | right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence
20 | on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests
21 | shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the
22 | Eastern District of California, the same as if Defendant were personally present, and requests that this
23 | court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice
24 | to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the
25 | requirement of her appearance at said time and place.
26 | ///
27 | ///
28 | ///

DATED: August 27, 2012          /s/ Tonya Ann Collins
                                TONYA ANN COLLINS

DATED: August 27, 2012          /s/ Peggy Sasso
                                PEGGY SASSO
                                JEREMY KROGER
                                Assistant Federal Defenders
                                Attorneys for Tonya Ann Collins

# **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.


IT IS SO ORDERED.

Dated:   **August 28, 2012**          _____/s/ **Dennis L. Beck**_____
                                      UNITED STATES MAGISTRATE JUDGE