```
DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
JEREMY KROGER, CA Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561


Attorneys for Defendant
TONYA COLLINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff,*<br><br>    v.<br><br>TONYA COLLINS,<br><br>              *Defendant.* | NO. 1:12-cr-00110 AWI-DLB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date:  December 10, 2012<br>Time:  1:00 p.m.<br>Judge: Hon. Dennis L. Beck |

     **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorneys Stanley A. Boone and Kirk E. Sherriff, Counsel for Plaintiff, and Assistant Federal Defenders Peggy Sasso and Jeremy Kroger, Counsel for Defendant Tonya Collins, that the hearing currently set for October 22, 2012 at 1:00 p.m. before Judge Beck, **may be rescheduled to December 10, 2012 at 1:00 p.m.**

     The government recently provided defense with a revised protective order.  The revised protective order will enable Defendant to meaningfully review discovery in furtherance of plea negotiations. The requested continuance is necessary to allow for plea discussions.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: October 18, 2012             */s/ Stanley A. Boone*
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant United States Attorney
Attorneys for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: October 18, 2012             */s/ Peggy Sasso*
PEGGY SASSO
JEREMY KROGER
Assistant Federal Defender
Attorneys for Defendant
TONYA COLLINS

**ORDER**

IT IS SO ORDERED.

Dated:   **October 19, 2012**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Collins: Stipulation to Continue
Status Conference Hearing; [Proposed] Order                −2−