BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-0110 AWI DLB |
| Plaintiff, | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; |
| v. | AMENDED PROTECTIVE ORDER |
| TONYA ANN COLLINS, | |
| Defendant. | |

WHEREAS, the parties entered into a stipulated protective order in this case, filed April 27, 2012 [Doc. 15], but wish to amend the protective order (i) to permit defense counsel to provide the defendant with copies of discovery on which names are identified, but on which all other Protected Information is redacted, and (ii) to require the defendant to be a party to the protective order.

WHEREAS, the discovery in this case is voluminous and contains a large amount of private personal information regarding third parties and victims (both adults and minors), including but

Stipulation Between the United States and Defendant Regarding Production of Protected Information; [Proposed] Amended Protective Order

-1-

not limited to dates of birth, medical records, Social Security numbers, telephone numbers, and residential addresses ("Protected Information"); and

   WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

   The parties agree that entry of this stipulated amended protective order, which supercedes and replaces the protective order filed April 27, 2012, is appropriate.

   THEREFORE, defendant TONYA ANN COLLINS, individually and by and through her counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorneys Stanley A. Boone and Kirk E. Sherriff, hereby agree and stipulate as follows:

   1.   This Court may enter this protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

   2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery"), and supercedes and replaces the Stipulation and Protective Order filed April 27, 2012.

   3.   By signing this Stipulation and Amended Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the defendant to view

Stipulation Between the United States and Defendant Regarding Production of Protected Information; [Proposed] Amended Protective Order

-2-

1  unredacted documents in the presence of her attorneys, defense
2  investigators, and support staff.  The parties agree that Defense
3  Counsel, defense investigators, and support staff shall not allow
4  the defendant to copy Protected Information contained in the
5  discovery.  The parties agree that Defense Counsel, defense
6  investigators, and support staff may provide the Defendant with
7  copies of documents from which Protected Information has been
8  redacted.
9       4.   The discovery and information therein may be used only
10 in connection with the litigation of this case and for no other
11 purpose.  The discovery is now and will forever remain the
12 property of the United States of America ("Government").  Defense
13 Counsel will return the discovery to the Government or certify
14 that the originals and all physical and electronic copies of the
15 discovery have been shredded at the conclusion of the case.
16      5.   Defense Counsel will store the discovery in a secure
17 place and will use reasonable care to ensure that it is not
18 disclosed to third persons in violation of this agreement.
19      6.   Defense Counsel shall be responsible for advising the
20 Defendant, employees, and other members of the defense team, and
21 defense witnesses of the contents of this Stipulation and Order.
22      7.   In the event that Defendant substitutes counsel,
23 undersigned Defense Counsel agrees to withhold discovery from new
24 counsel unless and until substituted counsel agrees also to be
25 bound by this Order.
26
27
28

Stipulation Between the United States and Defendant Regarding Production of Protected Information; [Proposed] Amended Protective Order

-3-

```
 1
 2      IT IS SO STIPULATED.
 3
 4                                      BENJAMIN B. WAGNER
                                        United States Attorney
 5
 6  DATED: Nov. 16, 2012           By: /s/ Kirk E. Sherriff
                                       KIRK E. SHERRIFF
 7                                     Assistant U.S. Attorney
 8
 9
10  DATED: Oct.26, 2012                 /s/ Tonya Ann Collins
                                        TONYA ANN COLLINS
11                                      Defendant
12
13
14  DATED: Oct. 31, 2012           By: /S/ Peggy Sasso
                                       PEGGY SASSO
15                                     JEREMY S. KROGER
                                       Attorney for Defendant
16                                     TONYA ANN COLLINS
17
18  IT IS SO ORDERED.
19
20  Dated:     November 21, 2012
21                                      UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28
```

Stipulation Between the United States and Defendant Regarding Production of Protected Information; [Proposed] Amended Protective Order

-4-