1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  PEGGY SASSO, CA Bar #228906
   JEREMY KROGER, CA Bar #258956
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6  Attorneys for Defendant
   TONYA COLLINS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:12-cr-00110 AWI-BAM
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE CHANGE OF
                                     )   PLEA HEARING; ORDER THEREON
13        v.                         )
                                     )   Date:   February 19, 2013
14  TONYA COLLINS,                   )   Time:   10:00 a.m.
                                     )   Judge: Hon. Anthony W. Ishii
15              Defendant.           )
                                     )
16  _____ )

17

18        **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19  Assistant United States Attorney Kirk E. Sherriff, Counsel for Plaintiff, and Assistant Federal Defenders

20  Peggy Sasso and Jeremy Kroger, Counsel for Defendant Tonya Collins, that the hearing currently set for

21  January 28, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to February 19, 2013 at**

22  **10:00 a.m. before Judge Ishii.**

23        The requested continuance will conserve time and resources for both counsel and the court.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 24, 2013                     /s/ Kirk E. Sherriff
                                            KIRK E. SHERRIFF
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff


                                            JOSEPH SCHLESINGER
                                            Acting Federal Defender

Dated: January 24, 2013                     /s/ Peggy Sasso
                                            PEGGY SASSO
                                            JEREMY KROGER
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            TONYA COLLINS


        IT IS SO ORDERED.

    **Dated:   January 24, 2013**            /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE

Collins: Stipulation to Continue
Status Conference Hearing; Order Thereon          −2−