1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    PEGGY SASSO, Bar #228906
     JEREMY S. KROGER, Bar #258956
3    Assistant Federal Defenders
     Designated Counsel for Service
4    2300 Tulare Street, Suite 330
     Fresno, California  93721-2226
5    Telephone: (559) 487-5561

6    Attorneys for Defendant
     TONYA ANN COLLINS
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   No. 1:12-cr-0110 AWI
                                        )
12              Plaintiff,              )   STIPULATION TO CONTINUE
          v.                            )   RESTITUTION HEARING;  ORDER
13                                      )
     TONYA ANN COLLINS,                 )   Date:   September 9, 2013
14                                      )   Time:   1:30 p.m.
                Defendant.              )   Judge:  Hon. Anthony W. Ishii
15                                      )
                                        )
16   _____)

17        **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

18   respective attorneys of record, that the restitution hearing currently set for Monday, July 29, 2013, **may be**

19   **continued to September 9, 2013 at 1:30 p.m.**

20        The reason for this continuance is that the parties have narrowed the scope of the remaining

21   dispute and defense now needs to issue subpoenas to the remaining claimants.  The requested continuance

22   is intended to provide the claimants sufficient time to respond to the subpoenas.  It should be noted that

23   restitution has been ordered, and that the only issue remaining is the exact amount of restitution.

24   Defendant agrees that she will not dissipate any assets pending the continued hearing, and the defendant

25   agrees there is no prejudice to her from the continuance.  This continuance will conserve time and

26   resources for both parties and the court.

27   / / /

28   / / /

1    BENJAMIN B. WAGNER
     United States Attorney
2

3    DATED:   July 25, 2013                   By     /s/ Kirk E. Sherriff
                                                      KIRK E. SHERRIFF
4                                                     Assistant United States Attorney
                                                      Attorney for Plaintiff
5

6                                                     HEATHER E. WILLIAMS
                                                      Federal Defender
7

8    DATED:   July 25, 2013                   By     /s/ Peggy Sasso
                                                      PEGGY SASSO
9                                                     JEREMY S. KROGER
                                                      Assistant Federal Defenders
10                                                    Attorneys for Defendant
                                                      TONYA ANN COLLINS
11

12

13

14

15                                  **ORDER**

16

17   IT IS SO ORDERED.

18   Dated:    July 25, 2013

19                                   SENIOR  DISTRICT  JUDGE

20

21

22

23

24

25

26

27

28

Tkac: Stipulation to Continue                    2
Sentencing Hearing; Order