**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant TONYA COLLINS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:12-CR-00110-LJO |
| Plaintiff, | **REQUEST TO SEAL DOCUMENTS; ORDER** |
| vs. | |
| TONYA COLLINS, | **(U.S.D.C. Local Rule 141; Federal Rules of Criminal Procedure Rule 49.1)** |
| Defendant. | |

**TO: THE HONORABLE LAWRENCE J. O'NEILL, UNITED STATES DISTRICT COURT JUDGE, THE UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVE KIRK SHERRIFF, AND TO UNITED STATES PROBATION OFFICER, ADAM TUNISON:**

Defendant, TONYA COLLINS, by and through her counsel, Serita Rios, hereby requests that the Sentencing Memorandum and its attachments be filed under seal with the Court.

The reason for this request is a confidential psychological evaluation conducted by Harold Seymour, Ph.D. that is included in the Sentencing Memorandum and its attachments. The report of the psychological evaluation contains very private and sensitive information pertaining to the defendant's personal history, medical and psychological history, and current

medical and mental health status. It is for this reason that counsel requests that the Sentencing Memorandum and its attachments be filed under seal. The documents total 14 pages.

The persons permitted to have access to these documents shall be the Office of the United States Attorney as well as the United State Probation Office.

Dated: October 28, 2018          Respectfully Submitted,

                                  /s/ Serita Rios
                               _____

                               **Serita Rios**
                               Attorney for Defendant

*********************

## **ORDER**

Good cause appearing,

**IT IS SO ORDERED** that the Sentencing Memorandum and attachments be filed under seal.

IT IS SO ORDERED.

Dated:   **October 29, 2018**         **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES CHIEF DISTRICT JUDGE